```
               IN THE UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF GEORGIA
                         ATHENS DIVISION
```

TRACY EDWARD JOHNSON,            *

    Plaintiff,                  *

vs.                              *

Deputy KEVIN LEE, Investigators  *
DAVID BRISCOE and TODD DALTON,
Lt. CHARLES DALTON, Major KEITH  *    CASE NO.3:13-CV-39-CDL
BROOKS, Judge BENTON, Attorney
DAVID WILLIAMS, KELLIE SAYE,     *
ALECIA ROBERTSON, and LEANNE
SIMS,

    Defendants.

## ORDER ON REPORT AND RECOMMENDATION

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on August 5, 2013, is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner to the Report and Recommendation have been considered and are found to be without merit.

IT IS SO ORDERED, this 9th day of October, 2013.

                                          s/Clay D. Land
                                            CLAY D. LAND
                                   UNITED STATES DISTRICT JUDGE